**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KURT STAFFLINGER,

        Plaintiff,

v.                                           Case No:  6:15-cv-1564-Orl-40TBS

RTD CONSTRUCTIONS, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss (Doc. 10) filed on November 24, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed December 14, 2015 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Motion to Dismiss (Doc. 10) is **GRANTED**.

3.     Plaintiff **SHALL** file an amended complaint on or before January 20, 2016. Failure to timely file an amended complaint will result in this case being dismissed without prejudice and without further notice.

**DONE AND ORDERED** in Orlando, Florida on January 5, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties