**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KURT STAFFLINGER,

      Plaintiff,

v.                                                      Case No: 6:15-cv-1564-Orl-40TBS

RTD CONSTRUCTIONS, INC.,

      Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Amended Joint Motion to Approve Settlement Agreement (Doc. 29) filed on July 26, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 16, 2016 (Doc. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion to Approve Settlement Agreement (Doc. 29) is **GRANTED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 13, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties